Bankers Securities Corporation, Appellant, *v.* Philadelphia School District.

Argued September 29, 1959.   Before JONES, C. J., BELL, MUSMANNO, JONES, COHEN and MCBRIDE, JJ.

reargument refused December 11, 1959.

*William A. Kelley, Jr.,* with him *Folz, Bard, Kamsler, Goodis & Greenfield,* for appellant.

*C. Brewster Rhoads,* with him *Edward B. Soken,* and *Montgomery, McCracken, Walker & Rhoads,* for appellees.

OPINION PER CURIAM, November 9, 1959:

The order of the Superior Court is affirmed on the opinion of President Judge (now Justice) BOK, of the Court of Common Pleas No. 6 of Philadelphia County, reported at 16 Pa. D. & C. 2d 248.

Mr. Justice BOK took no part in the consideration or decision of this case.